BRANDON C. FERNALD (BAR NO. 222429)
*brandon@fernaldlawgroup.com*
**FERNALD LAW GROUP APC**
510 W 6th St, Suite 700
Los Angeles, California 90014
Telephone:     (323) 410-0320
Facsimile:     (323) 410-0330

Attorneys for Defendant
THE ORGANIC CANDY FACTORY

## NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA ARABIAN, as an individual, on behalf of herself, all others similarly situated, and the general public, | Case No. 2:17-cv-05410-ODW-PLAx |
| Plaintiff, | **ORDER** |
| v. | |
| THE ORGANIC CANDY FACTORY, a business entity, form unknown; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Having considered the [Proposed] Stipulated Protective Order and finding good cause therefor, the Court enters the attached Stipulated Protective Order as modified.

**IT IS SO ORDERED.**

DATED: October 10, 2018

*Paul L. Abrams*

_____
Paul L. Abrams
United States Magistrate Judge

DOCUMENT PREPARED ON RECYCLED PAPER